THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR FARRAN, Appellant.— Order of the County Court of Kings County, denying appellant's motion to vacate and set aside a judgment of conviction rendered against him, and to vacate and set aside his plea of guilty, affirmed. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GORAYEB, Appellant.— Appeal from a judgment of the County Court, Kings County, entered upon a plea of guilty by defendant, convicting him of the crime of grand larceny in the first degree, and from an order granting reargument and, on reargument, denying defendant's motion for leave to withdraw his plea of guilty. Appeals dismissed. Even if the appeals were taken in time, the judgment and order would be affirmed on the merits. Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH IUCALANO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant of the crime of assault in the third degree and imposing sentence, modified on the law and the facts by reducing the sentence to the time already served. As thus modified, the judgment is affirmed. No opinion. Nolan, P. J., Adel, Sneed and MacCrate, JJ., concur; Johnston, J., dissents and votes to affirm, with the following memorandum: Defendant's guilt is palpable and was convincingly established. The evidence shows that he committed a willful and unprovoked assault on a police officer, to whom he used vile and filthy language, and whose uniform he tore, and whom he punched, kicked and threatened to kill. On this record I find no basis for holding that the sentence of three months in the workhouse is excessive and should be reduced to the time already served, to wit: twenty-three days. I also am mindful — as was the sentencing court — of defendant's criminal record, which, disregarding two previous charges for felonious assault which were dismissed, includes: (1) a conviction in the Court of Special Sessions for unlawfully operating a coin box, for which he was fined $25; (2) a conviction in the Kings County Court for possessing a dangerous weapon, for which he was placed on probation for two years; and (3) a conviction in the Federal Court for possessing counterfeit ration stamps, for which he was imprisoned for nine months.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MOSKOWITZ, Appellant.— Appeal by defendant from a judgment of conviction of the County Court, Queens County, entered upon his plea of guilty, convicting him of the crime of burglary in the third degree as a second felony offense and sentencing him to an indeterminate term with a maximum of eleven years and a minimum of ten years, to run concurrently with any other pending sentence. Judgment of conviction of the County Court, Queens County, unanimously affirmed. The sentence was not excessive; nor was it improper, under the circumstances disclosed, to deny the appellant's motion to withdraw his plea of guilty. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.